**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| ARTUR TYKSINSKI, individually and on behalf of a class of similarly situated individuals, | ) ) ) ) | |
| *Plaintiff*, | ) ) | No. 17-cv-07107 |
| v. | ) ) ) | Hon. John Robert Blakey |
| THE WM. WRIGLEY JR. COMPANY, a Delaware corporation, and MARS, INC., a Delaware corporation, | ) ) ) ) | Magistrate Judge Maria Valdez |
| *Defendants*. | ) | |

**STIPULATION OF CASE DISMISSAL**

IT IS HEREBY STIPULATED by and between Plaintiff Artur Tyksinski, ("Plaintiff") and Defendants The WM. Wrigley Jr. Company, and Mars, Inc. ("Defendants"), through their undersigned counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this action is dismissed with prejudice and without costs as to Plaintiff's individual claims against Defendants, and without prejudice and without costs as to the claims that the members of the putative class may have against Defendants.

IT IS SO STIPULATED.

| PLAINTIFF | DEFENDANTS |
|---|---|
| ARTUR TYKSINSKI | THE WM. WRIGLEY JR. COMPANY and MARS, INC. |
| /s/ David L. Gerbie Myles McGuire Eugene Y. Turin David L. Gerbie MCGUIRE LAW, P.C. 55 W. Wacker Drive, 9th Floor | /s/ David J. Chizewer David J. Chizewer GOLDBERG KOHN LTD. 55 East Monroe Street, Suite 3300 Chicago, Illinois 60603 |

Chicago, Illinois 60601
Tel: (312) 893-7002
mmcguire@mcgpc.com
eturin@mcgpc.com
dgerbie@mcgpc.com

*Attorneys for Plaintiff*

Tel: (312) 201-3938
david.chizewer@goldbergkohn.com


David A. Forkner (*pro hac vice forthcoming*)
Eli S. Schlam (*pro hac vice forthcoming*)
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
202-434-5000
202-434-5029 (f)
dforkner@wc.com
eschlam@wc.com

*Counsel for Defendants*